

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2020

No. 04-20-00041-CV

Priscilla **VILLARREAL-TREVINO**,
Appellant

v.

**ALL STAR KIDS DAY CARE AND LEARNING CENTER, INC.**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001081D1
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on January 23, 2020. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Jose Tellez file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Tellez to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2020.



Michael A. Cruz,
Clerk of Court